## UNITED STATES OF AMERICA
## U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.

          Case No.: 2:18-cv-10931-PDB-DRG

 Plaintiff,


          Hon. Paul D. Borman
          Magistrate Judge David R. Grand

 -vs-


FIRST ADVANTAGE CORP.,
FORMFOX, INC. and JOHN DOES 1-10,

 Defendants.

## **<u>STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

  This matter having come before the Court and the Court being otherwise fully advised in the premises;

  WHEREAS, pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), the parties, via their respective counsel, request dismissal of plaintiff's individual claims without prejudice and without costs, and the dismissal of the claims of any putative class member without prejudice and without costs.

**IT IS SO ORDERED.**

DATED: June 19, 2018    <u>s/Paul D. Borman</u>
             PAUL D. BORMAN
             UNITED STATES DISTRICT JUDGE

*/s/ Daniel A. Edelman*

Daniel A. Edelman
dedelman@edcombs.com
Edelman, Combs, Latturner &
Goodwin, LLC
Attorneys for Plaintiff
120 S. LaSalle St., Ste 1800
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

*/s/ Adam G. Taub*
Adam G. Taub (P48703)
adamgtaub@clgplc.net
Adam G. Taub & Associates
Consumer Law Group PLC
Attorneys for Plaintiff
17200 W 10 Mile Rd., Ste 200
Southfield, MI 48075
Telephone: (248) 746-3790
adamgtaub@clgplc.net

*/s/ Esther Slater McDonald*

Frederick T. Smith
fsmith@seyfarth.com
Esther Slater McDonald
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
*Attorneys for Defendant First
Advantage Corporation*

/s/ *Brian I. Hays*

Brian I. Hays
BHays@lockelord.com
Locke Lord LLP
111 S. Wacker Drive
Chicago, IL 60606
312-443-1707 Direct
312-896-6707 Fax
Attorney for Defendant FormFox, Inc.